VIRGINIA: IN THE CIRCUIT COURT OF SMYTH COUNTY

COMMONWEALTH OF VIRGINIA )
 )
vs. ) **AGREED DISPOSITION**
 ) **PURSUANT TO RULE 3A:8c(1)(C)**
**JESSICA NICOLE DIXON** )
**CR18-450** )

I, **JESSICA NICOLE DIXON**, am charged with the following violation(s):

| CHARGE | POSSIBLE PENALTY |
|---|---|
| 1. Abduction with Intent | 20 years to Life in the penitentiary and a fine of up to $100,000 |

The Attorney for the Commonwealth is proceeding against me by indictment on this charge.

I understand that the Commonwealth and my attorney, Jordan Pennington have entered into a plea negotiation in this matter, of which I am fully aware and understand. I agree to plead guilty to charge(s) below and I will receive the punishment indicated:

| CHARGE | PENALTY: |
|---|---|
| 1. Obstruct Free Passage 18.2-404 (RUA-5319-M1) | 12 months in jail, unserved portion suspended |

**Conditions:**

1. Active probation for 1 year upon release.

2. Defendant shall have no contact with, shall not cause contact to be made or come upon the property of Kayla Pickle.

**Sentencing Guidelines:** Defendant and counsel agree to allow the Attorney for the Commonwealth to prepare and submit the Sentencing Guideline form as required.

1

**Sentence Modification:** Defendant gives up the right to ask the Court for sentence modification under *Virginia Code Sections* 19.2-303, 16.1-285.1, 16.1-285.2 or other applicable statutes, unless agreed by the Commonwealth.

**Violation of Probation/Transfer:** In any proceeding to amend or revoke the probation or suspended sentence in this case, if defendant's supervision was transferred to a district other than Virginia District 17, defendant waives objection to presentation of the Commonwealth's case by a District 17 probation officer.

**Abandonment of Seized Items:** By signing this plea agreement, I hereby abandon my interest in, and consent to the official use, destruction or other disposition of each item obtained by any law enforcement agency during the course of the investigation, *(except as noted on attached list)* unless such item is specifically provided for in another provision of this plea agreement. I further waive any and all notice of any proceeding to implement the official use, destruction, abandonment, or other disposition of such items.

I am fully aware that a plea of guilty to the charge will be a waiver of my right to trial by jury and that the burden of proof upon the Commonwealth of Virginia will be less than beyond a reasonable doubt.

I understand that the Court may accept or reject this agreement. If the Court rejects this agreement, neither party is bound by this agreement in which case I may withdraw my plea and have my case heard by another judge.

I have not been coerced, threatened, or promised anything other than this agreement in exchange for my plea of guilty.

2

Given under my hand this 20 day of July, 2018.

_____
JESSICA NICOLE DIXON

I, Jordan Pennington, attorney at law, certify that I have read the above agreement and have reviewed its contents and explained them to my client.

_____
Jordan Pennington

DATE: 7/23/18

_____
Attorney for the Commonwealth

3