# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:18CR00018-004 |
| v. ) | **ORDER** |
| ) | |
| **JESSICA DIXON,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

For the reasons stated in the Opinion filed herewith, it is **ORDERED** that the Motion to Dismiss by the United States, ECF No. 347, is GRANTED, and the Motion to Vacate pursuant to 28 U.S.C. § 2255, ECF No. 339, is DISMISSED. Because the defendant has not made the requisite showing of denial of a substantial right, it is further **ORDERED** that a certificate of appealability is DENIED.

DATED: February 9, 2024

/s/  JAMES P. JONES
Senior United States District Judge